John Harker, appellant, v. Louis Kovalchick, appellee. Gen. No. 27,434.

Suit for damages for personal injuries sustained by collision be-

,tween defendant's automobile and a motorcycle ridden by plaintiff. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed February 16, 1923.

Harry D. Knight, for appellant. Wiley W. Mills, for appellee.

Mr. Justice Taylor delivered the opinion of the court.